FILED
CLERK, U.S. DISTRICT COURT

APR 22 2020

CENTRAL DISTRICT OF CALIFORNIA
BY:_____RS_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DOUG KISAKA

PLAINTIFF/PETITIONER,

v.

UNIVERSITY OF SOUTHERN CALIFONRIA ET AL.

DEFENDANT(S).

CASE NUMBER   2:20-CV-03680-CJC-GJSx

TBD.

**REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT**

I, Doug Kisaka _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes   ☑No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 2004, $40,000 _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?          ☐Yes   ☑No
   b. Rent payments, interest or dividends?                     ☐Yes   ☑No
   c. Pensions, annuities or life insurance payments?           ☐Yes   ☑No
   d. Gifts or inheritances?                                    ☐Yes   ☑No
   e. Any other income (other than listed above)?              ☑Yes   ☐No
   f. Loans?                                                    ☐Yes   ☑No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Disabilty Supplementary Security Income (SSI) $11,184

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes   ☑No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes   ☑No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? 2004 _____

   Approximately how much income did your last tax return reflect? $40,000 _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   N/A _____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____California_____         _____Los Angeles_____
State                                                                                County (or City)

I, Doug Kisaka _____ , declare under penalty of perjury that the
foregoing is true and correct.

_____4-17 2020_____                              _____
Date                                                                      Plaintiff/Petitioner (Signature)